UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LYUBOV A. POPOV,<br><br>        Plaintiff,<br><br>  vs.<br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | No. CV-04-0308-MWL<br><br>ORDER GRANTING JOINT<br>MOTION FOR STIPULATED<br>REMAND |

    The parties jointly moved for a stipulated order of remand. The Court **GRANTS** the parties motion and it is hereby **ORDERED** that the above-captioned case be remanded for further administrative proceedings, including a new hearing.

    Upon remand, the Administrative Law Judge (ALJ) will determine the exact dates when Plaintiff worked as a "newspaper carrier;" whether she actually performed the work herself or whether her family performed the work for her; and whether the work was substantial gainful activity. In so doing, the ALJ will obtain, from Plaintiff or any third party, information concerning Plaintiff's work activity as a newspaper carrier. The ALJ may obtain, among other documents, statements from former employers, tax returns, and pay stubs to help in the determination.

    The ALJ will also determine the exact dates of Plaintiff's

**ORDER - 1**

work as a caregiver; whether the work was substantial gainful activity; and whether Plaintiff performed it long enough to be considered past relevant work.  The ALJ will also specify the physical demands of all of Plaintiff's past relevant work and compare her residual functional capacity with the physical demands of her past relevant work.  In doing so, the ALJ will obtain vocational evidence sufficient to allow a comparison between the plaintiff's residual functional capacity and the physical demands of her past relevant work (20 C.F.R. § 416.960; Social Security Rulings 82-61, 82-62).  If consideration is given to the fifth step of the sequential evaluation process, the ALJ will obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base, and to determine if Plaintiff acquired any skills that are transferable to other occupations.  Plaintiff may present new arguments.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) and orders a remand of the cause to the Commissioner for further proceedings.  *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**DATED** this 1st day of June, 2005.

s/ Michael W. Leavitt

MICHAEL W. LEAVITT
UNITED STATES MAGISTRATE JUDGE

**ORDER - 2**

1  Presented by:

2
   s/ CAROL A. HOCH
3  Special Assistant United States Attorney
   Social Security Administration
4  701 Fifth Avenue, Suite 2900 M/S 901
   Seattle, WA  98104-7075
5  Telephone:  (206) 615-2684
   Fax:  (206) 615-2531
6  carol.a.hoch@ssa.gov

**ORDER - 3**